NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1150

GLEASON INDUSTRIAL PRODUCTS, INC.
and PRECISION PRODUCTS, INC.,

Plaintiffs-Appellees,

v.

CENTRAL PURCHASING, LLC,

Defendant-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Matthew P. Jaffe, Crowell & Moring LLP, of Washington, DC, argued for plaintiffs-appellees.

William C. Sjoberg, Adduci, Mastriani & Schaumberg, L.L.P., of Washington, DC, argued for defendant-appellant. With him on the brief was Louis S. Mastriani.

Patryk J. Drescher, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, Courtney E. Sheehan and Stephen C. Tosini, Attorneys.

Appealed from: United States Court of International Trade

Senior Judge Richard W. Goldberg

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1150

GLEASON INDUSTRIAL PRODUCTS, INC.
and PRECISION PRODUCTS, INC.,

Plaintiffs-Appellees,

v.

CENTRAL PURCHASING, LLC,

Defendant-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the          United States Court of International Trade

in CASE NO(S).              06-00089

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, PROST and MOORE, Circuit Judges.)

AFFIRMED. See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: November 4, 2009          /s/ Jan Horbaly
                                 Jan Horbaly, Clerk